# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Alice Murphy *and*<br>Susanna Davis<br>*Plaintiff* | ) | |
| v. | ) | Case No. 3:16-cv-00244-RGJ-DW |
| Service Financial Company *et al.*<br>*Defendants* | ) | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiffs, Alice Murphy and Susanna Davis, have reached a settlement with Defendants Service Financial Company, assumed name for River City Adjustment Bureau, Inc., and Deatrick & Spies, P.S.C. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson

**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiffs*
*Alice Murphy and Susanna Davis*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309

E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiffs*
*Alice Murphy and Susanna Davis*

**CERTIFICATE OF SERVICE**

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 15th day of June, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiffs*
*Alice Murphy and Susanna Davis*