UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

Alice Murphy and Susanna Davis        Civil Action No. 3:16-cv-00244-RGJ

    PLAINTIFF

v.

Service Financial Company, *assumed name for* River City Adjustment Bureau, Inc., and Deatrick & Spies, P.S.C.

    DEFENDANTS

\* \* \* \* \*

## ORDER

Come the Plaintiffs, Alice Murphy and Susanna Davis, and the Defendants, Service Financial Company and Deatrick & Spies, P.S.C., each by counsel, the parties having reached a resolution of this matter, and the Court being otherwise sufficiently advised;

It is hereby ORDERED and ADJUDGED as follows:

1. The Amended Complaint against the Defendants, Service Financial Company and Deatrick & Spies, P.S.C., in this matter is hereby **DISMISSED** in its entirety **WITH PREJUDICE** as settled;

2. Each party shall bear its own costs;

This is a final and appealable order, there being no just reason for further delay.

Dated this the _____ day of _____, 2018.

HAVE SEEN AND AGREED TO:

/s/ *James H. Lawson* (with permission)
James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
james@kyconsumerlaw.com

-and-

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
jmckenzie@jmckenzielaw.com

COUNSEL FOR PLAINTIFFS

/s/ *Michelle L. Duncan*
Edward H. Stopher
Michelle L. Duncan
Boehl Stopher & Graves LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
estopher@bsg-law.com
mduncan@bsg-law.com
COUNSEL FOR DEFENDANTS